# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>**ROBERT EUGENE ALLEN**<br><br>*Defendant* | )<br>)<br>) Case No. **10-2198JCE-01**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  *between 7/15/10 and present*  in the county of  **Stone and Jasper**  in the  Western  District of Missouri, the defendant violated  18  U. S. C. §  2250(a) , an offense described as follows:

Failed to Register as a Sex Offender (See Attachment A)

This criminal complaint is based on these facts:

See Attachment B-Affidavit

X   Continued on the attached sheet.

/s/ Michael F. Walker
*Complainant's signature*

Deputy U.S. Marshal Michael Walker
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   Aug 18, 2010          /s/ James C. England
*Judge's signature*

City and state:   Springfield, Missouri          James C. England, U.S. Magistrate Judge
*Printed name and title*