## ATTACHEMNT A

Between July 15, 2010, and August 17, 2010, said dates being approximate, within Jasper and Stone Counties, in the Western District of Missouri, and elsewhere, the defendant, **ROBERT EUGENE ALLEN,** a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register or update a registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250(a).

**RANGE OF PUNISHIMENT:**

18 U.S.C. § 2250(a)

NMT 10 Years Imprisonment
NMT $250,000 Fine
NMT 3 Year Supervised Release
Class C Felony
$100 Mandatory Special Assesment