UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) |
| ROBERT E ALLEN | ) Case No. 10-05036-01-CR-SW-BCW |
| | ) |
| Defendant. | ) |

**ORDER FOR ISSUANCE OF WARRANT FOR ARREST**

On October 1, 2015, the Probation Office for the Western District of Missouri transmitted a "violation report" recommending that a warrant for arrest be issued. For good cause appearing and on the recommendation of the Probation Office, it is ORDERED that the Clerk of the Court shall forthwith issue a warrant for arrest directed to any United States Marshal, or any other authorized officer, directing that Robert E. Allen be taken into custody and that he be brought before the nearest available United States Magistrate Judge to determine whether there is probable cause to believe that Robert E. Allen has committed one or more acts constituting a violation of the Conditions of Supervised Release, thus requiring that he be held for a final revocation hearing before a Judge of this Court.

/s/ Brian C. Wimes
_____
BRIAN C. WIMES
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this  7th  day of  October , 2015.