# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT E. ALLEN**, <br><br> Defendant. | Case No. **10-CR-05036-01-SW-BCW** |

## *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

**COMES NOW**, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, Robert E. Allen (Inmate #1553, DOB: 1965), is currently incarcerated at: St. Tammany Parish Detention Center – St. Tammany Parish Sheriff's Office, 1200 Champagne Street, Covington, Louisiana.

Respectfully submitted,

Thomas M. Larson
Acting United States Attorney

By: */s/ Abram McGull*
Abram McGull II
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri  65806-2511
(417) 831-4406

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on August 30, 2017, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                           */s/ Abram McGull II*
                                           Abram McGull II
                                           Assistant United States Attorney