# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 10-CR-05036-01-SW-BCW |
| **ROBERT E. ALLEN,** | |
| **Defendant.** | |

## *ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

Upon application by the United States of America, it is hereby

ORDERED that the Clerk shall issue a writ of habeas corpus ad prosequendum directed to the Warden, St. Tammany Parish Detention Center – St. Tammany Parish Sheriff's Office, 1200 Champagne Street, Covington, Louisiana, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one Robert E. Allen (Inmate #1553, DOB: 1965), now confined at the aforementioned facility, in the custody of the person there in charge, before the United States Magistrate Judge at Springfield, Missouri, forthwith, or at any time thereafter as the Court may direct, so that said person may appear in accordance with the law in the above-entitled cause; and, after said person shall have so appeared, to return said person to the aforementioned custody as may be directed by this Court.

Dated this  30th  day of August, 2017.

 s/ David P. Rush 
DAVID P. RUSH
United States Magistrate Judge