UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

MINUTE SHEET

**UNITED STATES OF AMERICA**  Date:  November 9, 2017

vs.  Case No.:10-05036-01-CR-SW-BCW

**ROBERT E. ALLEN**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**  Initial Appearance – Supervised Release Revocation Hearing
Preliminary Supervised Release Revocation Hearing
Detention Hearing

**Time Commenced:**  2:51 p.m.  **Time Terminated:**  2:55 p.m.

APPEARANCES

**Plaintiff:**  Nhan Nguyen, AUSA
**Defendant:**  Ann Koszuth, FPD
**USPPTS:**  Adam Szura

**Proceedings:**  Parties appear as indicated above.  Defendant appears in person.

*Initial Appearance / Preliminary Revocation*:  The Court is in receipt of the violation report prepared by the USPO.  The parties present no evidence with regard to probable cause.  The Court finds probable cause.  The Court will inform District Judge's Chambers upon departing the bench that the matter is ready to be set for a final revocation hearing.

*Detention*:  Government announces that Defendant is appearing on a writ from state custody.  Government further asserts that, if Defendant's state custody status were to change, they would move for detention.  Court advises that, because Defendant is present on a writ, a detention hearing is not ripe at this time.

*Custody*:  Defendant in custody.

**Courtroom Deputy/ERO:**  Karla Berziel