# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| | Case Number: **3:10-CR-05036-BCW(1)** |
| **ROBERT E. ALLEN** | USM Number: **03738-043** |
| | **Ann Koszuth, AFPD** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ stipulated to or admitted guilt to violation of the below condition(s) of the term of supervision

☐ was found in violation of condition(s)

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** |
|---|---|
| Special | The defendant is required to register under the Sex Offender and Notification Act. |
| Mandatory | The defendant shall not commit another federal, state or local crime. |
| Mandatory | The defendant shall report to the probation office in the district to which the defendant is release within 72 hours of release from custody of the Bureau of Prisons. |
| Standard | The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |
| Standard | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| Standard | The defendant shall notify the probation officer at least ten (10) days prior to any change in residence or employment. |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 3032

**April 17, 2018**
Date of Imposition of Judgment

Defendant's Year of Birth: 1965

/s/Brian C. Wimes
Signature of Judge

City and State of Defendant's Residence:
Ocean Springs, Mississippi

JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT
Name and Title of Judge

**April 17, 2018**
Date

DEFENDANT: ROBERT E. ALLEN
CASE NUMBER: 3:10-CR-05036-BCW(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Federal Bureau of Prisons to be imprisoned for a total term of:

**24 months.**

**No term of supervised release is ordered to follow imprisonment**.

☐ The court makes the following recommendations to the Federal Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at ☐ a.m. ☐ p.m. on

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL