IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SPRINGFIELD, MISSOURI

UNITED STATES OF AMERICA
— VS —  Case No. 10-05036-01-CR-SW-BCW
ALLEN

## "MOTION FOR CLARIFICATION"

NOW COMES, ROBERT E. ALLEN, DEFENDANT, PRO-SE, BEFORE THIS HONORABLE COURT WITH THIS "MOTION FOR CLARIFICATION", AND, ASKS THIS COURT FOR AN IMMEDIATE REPLY.

### I

IS THIS SENTENCE CONCURRENT, OR, COTERMINOUS WITH ANY OTHER SENTENCE?

### II

THE DEFENDANT'S 2 YEAR REVOCATION SENTENCE IS ALMOST COMPLETE, YET, THE BUREAU OF PRISONS WILL NOT CALCULATE MY TIME UNTIL DEFENDANT IS IN ACTUAL BOP CUSTODY.

II (CONT'D)

Will this court issue a writ removing me from the custody of the State of Louisiana and put me in BOP custody. Defendant's federal sentence will expire on, or, about the 27th day of October, 2018, if, this court will issue this writ, immediately.

"Conclusion"

Defendant prays this court will grant this motion in his favor, and, defendant will finally be finished with his federal sentence.

Respectfully Submitted,
*Robert E. Allen*
Robert E. Allen
Defendant     Pro-Se
BOP # 03738-043
P.O. Box 908
Covington, LA. 70434

Date: September 18, 2018